## TORRES *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 74, September Term, 1965.]

*Decided January 6, 1966.*

Before PRESCOTT, C. J., and HAMMOND, MARBURY, OPPEN-HEIMER and McWILLIAMS, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Harlan in the court below.

*Application denied.*